UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT K STITH,<br><br>             Plaintiff,<br><br>  vs.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, MR. ELDEN VALE, STEPHEN SINCLAIR, LT. DAN BAYER, SGT. HAMBY, SANDRA EYNON, F. ANGUIANO, C/O HALL, GWINN JOSEPH, JEFF LAMBERT, PETE MICHAEL and JOHN DOES (3RD SHIFT UNIT 4),<br><br>             Defendants. | NO. CV-09-5060-EFS<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE** |

Before the Court is Plaintiff Robert K. Stith's Motion to Voluntarily Dismiss Complaint pursuant to Federal Rule of Civil Procedure 41(a). Defendants have not been served. Accordingly, **IT IS ORDERED**: Plaintiff's Motion (Ct. Rec. 13) is **GRANTED** and the Complaint **(Ct. Rec. 1)** is **DISMISSED WITHOUT PREJUDICE**.

Plaintiff also filed a Motion and Affidavit to waive collection of the remaining filing fee balance in this action. For good cause shown, **IT IS ORDERED:** Plaintiff's Motion **(Ct. Rec. 14)** is **GRANTED**. The institution having custody of Plaintiff shall cease collection of the filing fee in this action, cause number **CV-09-5060-EFS**.

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

1 **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and close the file. The District Court Executive is further directed to send a copy of this Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA 98504-1107,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this _____ 27th _____ day of October 2009.

S/ Edward F. Shea
EDWARD F. SHEA
UNITED STATES DISTRICT JUDGE

Q:\Civil\2009\5060.DA.V.Dismiss.wpd

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2